EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                            | 2014 TSPR 60    |
|                                   |                 |
| Integración de Salas de Despacho  | 190 DPR ____    |

Número del Caso: ES-2014-1

Fecha: 14 de abril de 2014

Materia: Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


INTEGRACIÓN DE SALAS          ES-2014-01
DE DESPACHO




RESOLUCIÓN


En San Juan, Puerto Rico, 14 de abril de 2014

De conformidad con lo dispuesto en la Regla 4 (d) del Reglamento de este Tribunal, se constituyen las siguientes Salas de Despacho para funcionar mientras el pleno esté compuesto de ocho Jueces y Juezas:


PRIMERA SALA DE DESPACHO:

Hon. Liana Fiol Matta, Presidenta
Hon. Rafael L. Martínez Torres
Hon. Mildred G. Pabón Charneco
Hon. Roberto Feliberti Cintrón


SEGUNDA SALA DE DESPACHO:

Hon. Anabelle Rodríguez Rodríguez, Presidenta
Hon. Erick V. Kolthoff Caraballo
Hon. Edgardo Rivera García
Hon. Luis F. Estrella Martínez

De surgir un empate en la votación de alguna de las Salas de Despacho, se designará a otro juez o a otra jueza que no forme parte de la sala en la que surgió el empate, en orden sucesivo de antigüedad.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


                              Aida Ileana Oquendo Graulau
                              Secretaria del Tribunal Supremo